UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHERYL BOLLES; and LANCE DICK,<br><br>Plaintiffs,<br><br>v.<br><br>MERCEDES-BENZ USA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO.  2:23-cv-01643-JAM-KJN**<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Judge:     Hon. John A. Mendez<br>Ctrm.:      6<br><br>Complaint Filed:   July 6, 2023<br>Trial Date:            None Set |

1   The Court, having considered Plaintiffs CHERYL BOLLES and LANCE
2   DICK and Defendant MERCEDES-BENZ USA, LLC's Joint Motion for Dismissal
3   of Action with Prejudice and found good cause, hereby orders:

4   1.   This action is **DISMISSED** entirely with prejudice.

5   IT IS SO ORDERED.

Dated: March 19, 2024

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

